IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

SEAN RODGERS, O/B/O RICHARD )
PAUL RODGERS, )
)
Plaintiff, )
) Civil No. 11-0095-TC
v. )
) ORDER
MICHAEL J. ASTRUE, Commissioner)
of Social Security, )
)
Defendant. )
)

Magistrate Judge Thomas M Coffin has filed his Findings and
Recommendation on January 25, 2012. The matter is now before
me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No
objections have been timely filed. This relieves me of my
obligation to give the factual findings de novo review. Lorin
Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).
See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly,  I  ADOPT  Judge  Coffins  Findings  and Recommendation.  The Commissioner's decision is affired.  The clerk of court is directed to enter judgment accordingly.

DATED this **29th** day of **Feb.** , 2012.

_____
United States District Judge

2   – ORDER